# Court of Appeals
# of the State of Georgia

ATLANTA, October 10, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0125. CHRISTOPHER JOEL PEACE v. THE STATE.**

In November 2015, Christopher Joel Peace pled guilty to armed robbery and was sentenced to 20 years with the first 10 years to be served in confinement. Thereafter, in October 2016, Peace filed a motion to modify his sentence. The trial court denied Peace's motion on August 4, 2017, and Peace filed his application for discretionary appeal on September 26, 2017. We, however, lack jurisdiction.

Ordinarily, if a party applies for discretionary review of a directly appealable order–such as an order denying a timely motion for sentence modification–we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Peace filed his application 53 days after entry

of the order he seeks to appeal, and his application is therefore untimely.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  *10/10/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*